FILED

MAR 1 5 2022

U.S. DISTRICT COURT-WVND
MARTINSBURG, WV 25401

UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF WEST VIRGINIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| v. | Criminal No. 1:22CR26 |
| HOLLIE D. ADKINS, | Violations: 18 U.S.C. § 371<br>18 U.S.C. § 1791(a)(1)<br>18 U.S.C. § 1791(b)(1) |
| Defendant. | |

## INDICTMENT

The Grand Jury charges that:

### COUNT ONE

(Conspiracy to Introduce and Obtain a Prohibited Object (Narcotic))

In or about the Summer of 2021, through on or about October 12, 2021, in Preston County, in the Northern District of West Virginia, and elsewhere, the defendant, **HOLLIE D. ADKINS**, and others did combine, conspire, confederate and agree to commit an offense against the United States, that is, to knowingly provide an inmate at Federal Correctional Institution Hazelton, a federal correctional facility, a prohibited object, that is, suboxone, a schedule III controlled substance, without the knowledge and consent of the warden of said facility, in violation of Title 18, United States Code, Sections 1791(a)(1) and 1791(b)(1).

## OVERT ACTS

In furtherance of the conspiracy and to achieve the objects thereof, the defendant and others committed and caused to be committed the following overt acts in the Northern District of West Virginia:

1. Between September 17, 2021, and October 12, 2021, **HOLLIE D. ADKINS** traveled to Kindred Spirit, a Christian bookstore in Corbin, Kentucky; and

2. Between September 17, 2021, and October 12, 2021, **HOLLIE D. ADKINS** paid Kindred Spirit to ship a package containing a prohibited object, that is, suboxone, a schedule III controlled substance, to an inmate at Federal Correctional Institution Hazelton, in Bruceton Mills, West Virginia.

All in violation of Title 18, United States Code, Section 371.

## COUNT TWO

### (Attempt to Introduce a Prohibited Object (Narcotic))

On or about October 12, 2021, in Preston County, in the Northern District of West Virginia, the defendant, **HOLLIE D. ADKINS**, knowingly and intentionally attempted to provide a prohibited object, that is, suboxone, a schedule III narcotic controlled substance, to an inmate at Federal Correctional Institution Hazelton, a federal correctional facility, without the knowledge and consent of the warden of said facility, in violation of Title 18, United States Code, Sections 1791(a)(1) and 1791(b)(1).

A true bill,

/s/
Grand Jury Foreperson

/s/
WILLIAM IHLENFELD
United States Attorney

Christopher L. Bauer
Assistant United States Attorney